SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, ROBERT T. GIANI, GARY E. SOBEK, CHARLES ENGEL, FRED H. SMITH, CARMELA A. SYZMANSKI, WILLIAM R. SHANNON, BARRY DUBROW, ALEXANDER CIOFFI, LANA BONGIOVI, JIMMY ADKINS, JUSTIN A. GRIFFIN, GLENNY V. ADON, MICHAEL BONETA, DIETER KERN, DENNIS J. DELUCIE, ALBERT VELASQUEZ, AND JAMES R. HETTI, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>Defendant. | Index No. 621223/2016<br><br>**NOTICE TO CLERK OF THE SUPREME COURT OF FILING OF NOTICE OF REMOVAL** |

TO:   Clerk of the Court
      Supreme Court of the State of New York
      County of Suffolk
      John P. Cohalan, Jr. Court Complex
      400 Carleton Avenue
      P.O. Box 9080
      Central Islip, NY 11722-9080

SIR OR MADAM:

PLEASE TAKE NOTICE that on May 25, 2017, Defendant Garda CL Atlantic, Inc. filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the Eastern District of New York.  This Court shall therefore proceed no further unless and until the case is remanded.  28 U.S.C. § 1446(d).

Date:  May 25, 2017
      New York, New York

LITTLER MENDELSON, P.C.

By: /s/ A. Michael Weber
A. Michael Weber
Houston A. Stokes
900 Third Avenue
New York, NY  10022.3298
212.583.9600

*Attorneys for Defendant*