UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, ROBERT T. GIANI, GARY E. SOBEK, CHARLES ENGEL, FRED H. SMITH, CARMELA A. SYZMANSKI, WILLIAM R. SHANNON, BARRY DUBROW, ALEXANDER CIOFFI, LANA BONGIOVI, JIMMY ADKINS, JUSTIN A. GRIFFIN, GLENNY V. ADON, MICHAEL BONETA, DIETER KERN, DENNIS J. DELUCIE, ALBERT VELASQUEZ, AND JAMES R. HETTI, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED,<br><br>               Plaintiffs,<br><br>      -against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>               Defendant | Civil Action No. 2:17-cv-03185<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendants in the above captioned action. Contact information for the undersigned counsel for the Defendants is as follows:

A. Michael Weber
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
mweber@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date: May 26, 2016
New York, New York

                                                    /s/ A. Michael Weber
                                                    A. Michael Weber
                                                    LITTLER MENDELSON, P.C.
                                                      900 Third Avenue
                                                      New York, NY 10022.3298
                                                      212.583.9600

                                                      *Attorneys for Defendant*