Case 2:17-cv-03185-JMA-AYS   Document 15   Filed 08/23/17   Page 1 of 2 PageID #: 73

FILED
CLERK

8/23/2017 2:39 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

ANTHONY TANZA, et al.,

        Plaintiffs,

        v.

GARDA CL ATLANTIC, INC.,

        Defendant.
----------------------------------------------------------------------X

ANTHONY TANZA, et al.,

        Plaintiffs,

        v.

GARDA CL ATLANTIC, INC.,

        Defendant.
----------------------------------------------------------------------X

JEAN-PARNELL LOUIS, et al.,

        Plaintiffs,

        v.

GARDA CL ATLANTIC, INC.,

        Defendant.
----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
15–CV–4394 (JMA) (AYS)

17–CV–3185 (JMA) (AYS)

17–CV–3186 (JMA) (AYS)

**AZRACK, United States District Judge:**

      Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Anne Y. Shields recommending, with the consent of the parties, that the district court consolidate these three cases for the limited purpose of discovery and without prejudice to make a further motion for consolidation at a later time. In reviewing a magistrate judge's report and recommendation, a

court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006).  The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error.  See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

      The R & R was issued on July 10, 2017.  At that time, all of the parties consented to the recommendations.  None of the parties have subsequently objected to the R & R, and the time for filing objections has passed.  Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Shields's R & R, in its entirety, as the opinion of the Court.

**SO ORDERED.**

Dated: August 23, 2017
       Central Islip, New York

                                                /s/   JMA
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE