RAYMOND NARDO, P.C.  
129 Third Street  
Mineola, NY 11501  
(516)248-2121  
Nardo@Raynardo.com  
Counsel for Plaintiff

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

| | |
|---|---|
| Anthony Tanza, et. al., | **DECLARATION OF RAYMOND NARDO IN SUPPORT OF CLASS COUNSELS' APPLICATION FOR COUNSEL FEES** |
| Plaintiff, | |
| -against- | **15-CV-04394 (JMA)(AYS)** |
| GARDA CL Atlantic, Inc. | **17-CV-03185** |
| Defendant. | |

------------------------------------------------------------------------------X

RAYMOND NARDO, declares under the penalties of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am Counsel for Plaintiff in the above action. The purpose of this Declaration is to identify the Exhibits annexed hereto and set forth salient facts. Attached as Exhibit 1 is a copy of the contemporaneous time records of Frank & Associates.

2. Attached as Exhibit 2 is a copy of the contemporaneous time records of Scott Michael Mishkin, P.C.

Dated:     Mineola, NY
              February 2, 2024

                                        Respectfully submitted,

                                        **RAYMOND NARDO, P.C.**

By:         RAYMOND NARDO, ESQ.
                                        129 Third Street
                                        Mineola, NY 11501
                                        (516)248-2121 (tel)
                                        (516)742-7675 (fax)
                                        Nardo@Raynardo.com

CERTIFICATE OF SERVICE

I certify that on February 2, 2024, I, Raymond Nardo, served by:

__ mailed, first class         __return receipt requested

_ overnite mailed              __faxed

__ email                        <u>XX</u> by ECF

the enclosed:

**DECLARATION OF RAYMOND NARDO, WITH SUPPORTING EXHIBITS TO:**

To all Counsel in the case

_____
RAYMOND NARDO, ESQ.